UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>             Plaintiff,<br><br>    v.<br><br>ZYDUS PHARMACY, et al.,<br><br>             Defendants. | Case No. 1:21-cv-00343-JLT (PC)<br><br>**ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE**<br><br>45-DAY DEADLINE |

Plaintiff has not paid the $402 filing fee for this action or applied to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Accordingly, **within 45 days** of the date of service of this order, Plaintiff SHALL submit the attached application to proceed *in forma pauperis*, completed and signed, or, in the alternative, pay the filing fee in full. No requests for an extension of time will be granted without a showing of good cause. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

    Dated: __March 9, 2021__                               **/s/ Jennifer L. Thurston**
                                                                         UNITED STATES MAGISTRATE JUDGE

1